UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Marcellaus Hurts,<br>     Petitioner,<br><br>v.<br><br>Bobby Lumpkin,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>     Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action H-19-5048 |

## Order of Adoption

On January 7, 2021, Magistrate Judge Peter Bray recommended that the court deny Hurts's petition for writ of habeas corpus. (15) Hurts filed objections. (16) The court denies Hurts's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on February _3_, 2021, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge